JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTIA KARINA GARCIA ARCE,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, Warden of the Adelanto Detention Center, et al.,<br><br>Respondents. | Case No. 5:26-cv-00070-SSS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's Third and Fourth Claims for Relief regarding violation of 8 U.S.C. § 1226(a) and Respondents are enjoined from continuing to detain Petitioner unless she is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order.

The Court DIRECTS the Clerk to close this case.

DATED: January 27, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2